Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Marla Harper obo Craig Harper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-2087<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Marla Harper obo Craig Harper,<br>　　　　　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Come now the Plaintiff, (MARLA HARPER obo CRAIG HARPER) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.
　　　DATED: February 20, 2009

By: _____
Attorneys for Plaintiff, Marla Harper obo Craig Harper

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2    DATED:  May 11, 2009        DLA PIPER US LLP
3
                                 By: _____
4                                    Michelle Sadowsky
                                     Attorneys for Defendants
5
6
7
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8    IT IS SO ORDERED.**
9
10   Dated: May 19, 2009          _____
                                  Hon. Charles R. Breyer
11                                United States District Court



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**